THE STATE OF OHIO, APPELLANT, v. ORTIZ, APPELLEE.

[Cite as State v. Ortiz, 126 Ohio St.3d 1202, 2010-Ohio-2672.]

(No. 2009–1925—Submitted May 25, 2010—Decided June 16, 2010.)

{¶ 1} On April 7, 2010, the court accepted the discretionary appeal in this case, reversed in part the judgment of the court of appeals on the authority of *State v. Williams*, 124 Ohio St.3d 381, 2010-Ohio-147, 922 N.E.2d 937, and reinstated the judgment of the trial court. 124 Ohio St.3d 562, 2010-Ohio-1429, 925 N.E.2d 138.

{¶ 2} Appellant has filed a motion for reconsideration of the court's order of April 7, 2010.

{¶ 3} The motion for reconsideration is granted to the following extent: The portion of the court's April 7, 2010 order reinstating the judgment of the trial court is vacated, and the cause is remanded to the court of appeals for consideration of the assignments of error held to be moot below.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin and David M. King, Assistant Public Defenders, for appellee.